| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

EASTERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____  Chapter __11__

☐ Check if this an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | Ideal Health and Fitness Corp. |
| --- | --- | --- |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | DBA  UFC Gym Folsom, Alameda, & Placerville<br> iDeal Health & Fitness |
| 3. | Debtor's federal Employer Identification Number (EIN) | 86-3984810 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| **4615 Missouri Flat Rd., Ste 11**<br>**Placerville, CA 95667**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **El Dorado**<br>County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Ideal Health and Fitness Corp.**                          Case number (*if known*) _____
          Name

**7. Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

    ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Debtor    **Ideal Health and Fitness Corp.**          Case number (*if known*) _____
         Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor | _____ | Relationship _____ |
| District | _____ When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention? (*Check all that apply.*)**

  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

  - ☐ It needs to be physically secured or protected from the weather.

  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

  - ☐ Other _____

  **Where is the property?** _____
                         Number, Street, City, State & ZIP Code

  **Is the property insured?**

  - ☐ No
  - ☐ Yes.   Insurance agency _____
             Contact name _____
             Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

- ■ Funds will be available for distribution to unsecured creditors.

- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| Debtor | Ideal Health and Fitness Corp. | Case number (*if known*) |
|---|---|---|
| | Name | |

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☑ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1.000.000.001 - $10 billion
- ☐ $10.000.000.001 - $50 billion
- ☐ More than $50 billion

Debtor  **Ideal Health and Fitness Corp.**
        Name                                                    Case number *(if known)*

 Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**                The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
**representative of debtor**
                                 I have been authorized to file this petition on behalf of the debtor.

                                 I have examined the information in this petition and have a reasonable belief that the information is true and correct.

                                 I declare under penalty of perjury that the foregoing is true and correct.

                                 Executed on    12/18/24
                                                MM / DD / YYYY

                            X                                              Ben Ragsac Jr.
                                 Signature of authorized representative of debtor   Printed name

                                 Title    **President/CEO**


**18. Signature of attorney**   X                                    Date  12/18/2024
                                 Signature of attorney for debtor            MM / DD / YYYY

                                 **Michael Jay Berger**
                                 Printed name

                                 **Law Offices of Michael Jay Berger**
                                 Firm name

                                 **9454 Wilshire Boulevard, 6th floor**
                                 **Beverly Hills, CA 90212**
                                 Number, Street, City, State & ZIP Code

                                 Contact phone   **(310) 271-6223**      Email address   **michael.berger@bankruptcypower.com**

                                 **100291 CA**
                                 Bar number and State

Fill in this information to identify the case:

Debtor name　　Ideal Health and Fitness Corp.

United States Bankruptcy Court for the　EASTERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors　12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation, a member or an authorized agent of the partnership, or another individual serving as a representative of the debtor in this case

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct

Executed on　12/18/24　　x _____
　　　　　　　　　　　　　　Signature of individual signing on behalf of debtor

　　　　　　　　　　　　　　**Ben Ragsac Jr.**
　　　　　　　　　　　　　　Printed name

　　　　　　　　　　　　　　**President/CEO**
　　　　　　　　　　　　　　Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Ideal Health and Fitness Corp.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express c/o Becket and Lee PO Box 3001 Malvern, PA 19355** | | **Business Credit Card** | | | | $15,095.02 |
| **Ameris Bank 575 Anton Blvd., Suite 1080 Costa Mesa, CA 92626** | | | | $54,598.06 | $0.00 | $54,598.06 |
| **Balboa Capital 575 Anton Blvd., Fl 12 Costa Mesa, CA 92626** | | **Various computer and other equipment financed with UG Franchise Operations LLC. The list of equipment is attached.** | | $63,343.28 | $15,000.00 | $48,343.28 |
| **Bank of America Attn: Bankruptcy NC4-10 POB 26012 Greensboro, NC 27410** | | **Business Credit Card** | | | | $15,972.70 |
| **Bank of America Attn: Bankruptcy NC4-10 POB 26012 Greensboro, NC 27410** | | **Business Credit Card** | | | | $15,038.58 |
| **Bank of America Attn: Bankruptcy NC4-10 POB 26012 Greensboro, NC 27410** | | **Business Credit Card** | | | | $22,971.93 |

Debtor    **Ideal Health and Fitness Corp.**
_____          Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Black Olive Capital LLC** **7200 Wisconsin Avenue, #500** **Bethesda, MD 20814** | | | | **$82,010.25** | **$0.00** | **$82,010.25** |
| **Chase Bank** **PO Box 6294** **Carol Stream, IL 60197** | | **Business Credit Card** | | | | **$27,489.90** |
| **David Flynn** **3672 Forni Rd** **Placerville, CA 95667** | | **Loan** | | | | **$30,000.00** |
| **Everest Business Funding** **5 West 37th Street, Ste 1100** **New York, NY 10018** | | | | **$37,683.50** | **$0.00** | **$37,683.50** |
| **First Insurance Funding** **PO Box 7000** **Carol Stream, IL 60197-7000** | | **Insurance premium funding** | | | | **$28,997.94** |
| **Funding Futures LLC** **3100 Stirling Road, Suite 120** **Hollywood, FL 33021** | | | | **$57,243.72** | **$0.00** | **$57,243.72** |
| **Kalamata Capital Group** **7315 Wisconsin Ave., #950** **Bethesda, MD 20814** | | | | **$61,475.92** | **$0.00** | **$61,475.92** |
| **Kapitus LLC** **2500 Wilson Blvd., STe. 350** **Arlington, VA 22201** | | | | **$55,922.50** | **$0.00** | **$55,922.50** |
| **Mark Polli** **MPGP580 LLC** **4595 Monte Sereno Drive** **Loomis, CA 95650** | | | | **$88,000.00** | **$0.00** | **$88,000.00** |
| **Millbrae Square Company, LP** **101 Hickey Blvd., Ste A-403** **South San Francisco, CA 94080** | | **unpaid rent for November and December 2024 for Alameda lease.** | | | | **$26,960.24** |

Debtor    **Ideal Health and Fitness Corp.**        Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services. | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Navitas Credit Corp. 201 Executive Center Drive. Ste 100 Columbia, SC 29210** | | **UFC Gym Placerville Equipment Package The list is attached and financed through Navitas.** | | $30,836.40 | $10,000.00 | $20,836.40 |
| **Ondeck/Celtic Bank 1400 Broadway New York, NY 10018** | | | | $60,498.09 | $0.00 | $60,498.09 |
| **Ready Capital 200 Connel Drive Suite 4000 Berkeley Heights, NJ 07922** | | | | $47,257.32 | $0.00 | $47,257.32 |
| **Webster Street Capital Partners LLC c/o Marc D. Wolfe, Managing Partner 104 Tiburon Boulevard, Suite 100 Mill Valley, CA 94941** | | **unpaid rent for December 2024 for Alameda lease** | | | | $12,000.00 |

| Fill in this information to identify the case: |
| --- |
| Debtor name    **Ideal Health and Fitness Corp.** |
| United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) |

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

**Part 1:**   **Summary of Assets**

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B* .............................................    $     **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B* .............................................    $     **319,978.35**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B* .............................................    $     **319,978.35**

**Part 2:**   **Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* .............    $     **638,869.04**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* .............................................    $     **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* .............................................    +$     **220,068.60**

4. **Total liabilities** ...........................................
   Lines 2 + 3a + 3b     $     **858,937.64**

| Fill in this information to identify the case: |
| --- |
| Debtor name    **Ideal Health and Fitness Corp.** |
| United States Bankruptcy Court for the:   EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of
debtor's interest

2.    **Cash on hand**                                                                              $100.00

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **Bank of America** | **Checking account** | 2387 | $2,726.95 |
| 3.2. **Bank of America** | **Checking account** | 9179 | $7,327.40 |
| 3.3. **Bank of America** | **Checking account** | 7196 | $0.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                                      $10,154.35
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**

| Debtor | Ideal Health and Fitness Corp. | | Case number *(If known)* | |
|--------|-------------------------------|--|---------------------------|--|
| | Name | | | |

Description, including name of holder of deposit

Security deposit with John K. Meyer and Catherine Meyer for Placerville Lease: $5,000
Security deposit with Webster Street Capital Partners for Alameda Lease: $17,326

7.1. Security deposit with Millbrae Square Company, LP for Folsom Lease: $19,405.                          **$41,731.00**

---

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

9.  **Total of Part 2.**                                                                          **$41,731.00**

    Add lines 7 through 8. Copy the total to line 81.

---

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| | | | |
|--|--|--|--|
| 11a 90 days old or less: | **50,000.00**    – | **0.00** = | **$50,000.00** |
| | face amount | doubtful or uncollectible accounts | |

---

12. **Total of Part 3.**                                                                          **$50,000.00**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| **General description** | **Net book value of debtor's interest (Where available)** | **Valuation method used for current value** | **Current value of debtor's interest** |
|-------------------------|-----------------------------------------------------------|---------------------------------------------|----------------------------------------|

39.    **Office furniture**

40.    **Office fixtures**

Debtor    **Ideal Health and Fitness Corp.**                    Case number *(if known)*
          Name

41.    **Office equipment, including all computer equipment and**
       **communication systems equipment and software**
       **Various computer and other equipment**
       **financed with UG Franchise Operations LLC.**
       **The list of equipment is attached.**                   **$0.00**                              **$15,000.00**

       **UFC Gym Placerville Equipment Package**
       **The list is attached and financed through**
       **Navitas.**                                             **$0.00**                              **$10,000.00**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections; memorabilia, or collectibles

43.    **Total of Part 7.**                                                                            $25,000.00
       Add lines 39 through 42. Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Part 8:    **Machinery, equipment, and vehicles**
46. Does the debtor own or lease any machinery, equipment, or vehicles?

       ■ No. Go to Part 9.
       ☐ Yes Fill in the information below.

Part 9:    **Real property**
54. Does the debtor own or lease any real property?

       ■ No. Go to Part 10.
       ☐ Yes Fill in the information below.

Part 10:    **Intangibles and intellectual property**
59. Does the debtor have any interests in intangibles or intellectual property?

       ■ No. Go to Part 11.
       ☐ Yes Fill in the information below.

Part 11:    **All other assets**
70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

       ☐ No. Go to Part 12.
       ■ Yes Fill in the information below.

                                                                                    **Current value of**
                                                                                    **debtor's interest**

71.    **Notes receivable**
       Description (include name of obligor)

Debtor    **Ideal Health and Fitness Corp.**                    Case number *(if known)*
          Name

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)
       **Federal for 2022: $137,565**
       **Federal for 2023: $55,528**                            Tax year                          **$193,093.00**

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit
       has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                                            **$193,093.00**
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       □ Yes

Debtor   **Ideal Health and Fitness Corp.**     Case number *(If known)* _____
         Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $10,154.35 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $41,731.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $50,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $25,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*...................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $193.093.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $319,978.35  + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $319,978.35 |

**Fill in this information to identify the case:**

Debtor name     **Ideal Health and Fitness Corp.**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |
| **2.1  Ameris Bank**<br>Creditor's Name | Describe debtor's property that is subject to a lien | $54,598.06 | $0.00 |
| **575 Anton Blvd., Suite 1080<br>Costa Mesa, CA 92626**<br>Creditor's mailing address | **UCC-1 Financing Statement/Equipment Finance**<br>Describe the lien<br><br>Is the creditor an insider or related party?<br>■ No | | |
| Creditor's email address, if known | ☐ Yes<br>Is anyone else liable on this claim?<br>☐ No | | |
| Date debt was incurred<br>**3/11/2024**<br>Last 4 digits of account number<br>**7420** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2  Balboa Capital**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Various computer and other equipment financed with UG Franchise Operations LLC. The list of equipment is attached.** | $63,343.28 | $15,000.00 |
| **575 Anton Blvd., Fl 12<br>Costa Mesa, CA 92626**<br>Creditor's mailing address | **Equipment Loan**<br>Describe the lien<br>Is the creditor an insider or related party?<br>■ No | | |
| Creditor's email address, if known | ☐ Yes<br>Is anyone else liable on this claim?<br>■ No | | |
| Date debt was incurred<br><br>Last 4 digits of account number | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply | | |

| Debtor | **Ideal Health and Fitness Corp.** | | Case number (if known) | | |
| | Name | | | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Black Olive Capital LLC** | Describe debtor's property that is subject to a lien | **$82,010.25** | **$0.00** |
| | Creditor's Name | | | |

**7200 Wisconsin Avenue, #500**
**Bethesda, MD 20814**
Creditor's mailing address

**Describe the lien**
**UCC-1 Financing Statement**
**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**6/17/2024**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**7844**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Corporation Service Company** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
| | Creditor's Name | | | |

**PO Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

**Describe the lien**
**UCC-1 Financing Statement**
**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**11/21/2024**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2116**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **CT Corporation System** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
| | Creditor's Name | | | |

**330 N. Brand Blvd., Suite 700**
**Glendale, CA 91203**
Creditor's mailing address

**Describe the lien**
**UCC-1 Financing Statement**

---

Official Form 206D　　　Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**　　　page 2 of 6

Debtor    **Ideal Health and Fitness Corp.**      Case number (if known) _____
Name

---

Creditor's email address, if known

**Date debt was incurred**
**12/29/2022**
**Last 4 digits of account number**
**3530**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Everest Business Funding** | Describe debtor's property that is subject to a lien | $37,683.50 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**5 West 37th Street, Ste 1100**
**New York, NY 10018**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**8/30/2024**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe the lien**
**MCA**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Funding Futures LLC** | Describe debtor's property that is subject to a lien | $57,243.72 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**3100 Stirling Road, Suite 120**
**Hollywood, FL 33021**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**12/13/2024**
**Last 4 digits of account number**
**3641**

**Do multiple creditors have an interest in the same property?**

**Describe the lien**
**UCC-1 Financing Statement (90-day preference)**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor   **Ideal Health and Fitness Corp.**                    Case number (if known) _____
         Name

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.8 | **Kalamata Capital Group** | Describe debtor's property that is subject to a lien | **$61,475.92** | **$0.00** |

Creditor's Name

**7315 Wisconsin Ave., #950
Bethesda, MD 20814**
Creditor's mailing address

Describe the lien
**MCA**
Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**6/17/2024**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.9 | **Kapitus LLC** | Describe debtor's property that is subject to a lien | **$55,922.50** | **$0.00** |

Creditor's Name

**2500 Wilson Blvd., STe. 350
Arlington, VA 22201**
Creditor's mailing address

Describe the lien
**MCA**
Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**5/8/2024**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.1 0 | **Mark Polli** | Describe debtor's property that is subject to a lien | **$88,000.00** | **$0.00** |

Creditor's Name
**MPGP580 LLC
4595 Monte Sereno Drive
Loomis, CA 95650**
Creditor's mailing address

Describe the lien
**Asset Purchase Agreement/Seller Financed**

---

Debtor    **Ideal Health and Fitness Corp.**    Case number (if known) _____
          Name

Is the creditor an insider or related party?

■ No

Creditor's email address, if known        ☐ Yes

                                          **Is anyone else liable on this claim?**
**Date debt was incurred**
                                          ☐ No
**7/2/2024**
                                          ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**         **As of the petition filing date, the claim is:**
**interest in the same property?**        Check all that apply
■ No                                      ☐ Contingent

☐ Yes. Specify each creditor,            ☐ Unliquidated
including this creditor and its relative  ☐ Disputed
priority

---

| 2.1 | | | | |
|---|---|---|---|---|
| 1 | **Navitas Credit Corp.** | Describe debtor's property that is subject to a lien | $30,836.40 | $10,000.00 |

Creditor's Name

**201 Executive Center Drive.**          **UFC Gym Placerville Equipment Package**
**Ste 100**                              **The list is attached and financed through**
**Columbia, SC 29210**                   **Navitas.**
Creditor's mailing address
                                         **Describe the lien**

                                         **UCC-1 Financing Statement/Gym Equipment**
                                         **Is the creditor an insider or related party?**

                                         ■ No

Creditor's email address, if known       ☐ Yes

                                         **Is anyone else liable on this claim?**
**Date debt was incurred**
                                         ☐ No
**3/13/2024**
                                         ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**7023**
**Do multiple creditors have an**        **As of the petition filing date, the claim is:**
**interest in the same property?**       Check all that apply
■ No                                     ☐ Contingent

☐ Yes. Specify each creditor,           ☐ Unliquidated
including this creditor and its relative ☐ Disputed
priority

---

| 2.1 | | | | |
|---|---|---|---|---|
| 2 | **Ondeck/Celtic Bank** | Describe debtor's property that is subject to a lien | $60,498.09 | $0.00 |

Creditor's Name

**1400 Broadway**
**New York, NY 10018**
Creditor's mailing address                **Describe the lien**

                                          **Is the creditor an insider or related party?**

                                          ■ No

Creditor's email address, if known        ☐ Yes

                                          **Is anyone else liable on this claim?**
**Date debt was incurred**
                                          ■ No
**10/1/2024**
                                          ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**         **As of the petition filing date, the claim is:**
**interest in the same property?**        Check all that apply

---

Debtor   **Ideal Health and Fitness Corp.**                    Case number (if known) _____
              Name

☐ No                                    ☐ Contingent
☐ Yes. Specify each creditor,           ☐ Unliquidated
including this creditor and its relative ☐ Disputed
priority.

---

| 2 1 3 | | | | |
|---|---|---|---|---|
| **Ready Capital** | Describe debtor's property that is subject to a lien | **$47,257.32** | **$0.00** | |

Creditor's Name

**200 Connel Drive Suite 4000**

**Berkeley Heights, NJ 07922**
Creditor's mailing address                **Describe the lien**
                                          **SBA Loan**
                                          **Is the creditor an insider or related party?**

                                          ■ No
Creditor's email address, if known        ☐ Yes
                                          **Is anyone else liable on this claim?**

**Date debt was incurred**                ■ No
**7/30/2024**                             ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**         **As of the petition filing date, the claim is:**
**interest in the same property?**        Check all that apply
■ No                                      ☐ Contingent
☐ Yes. Specify each creditor,             ☐ Unliquidated
including this creditor and its relative  ☐ Disputed
priority.

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$638,869.04**

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Advanced Recovery Group** **Collection Agency for Future Fundings LL** **30 Two Bridges Rd Suite 100** **Fairfield, NJ 07004** | Line **2.7** | |
| **Black Olive Capital LLC** **c/o Berkovitch & Bouskila, PLLC** **1545 U.S. 202, Suite 101** **Pomona, NY 10970** | Line **2.3** | |
| **Funding Futures LLC** **c/o AWN&R Commercial Law Group, PLLC** **Attn: Jeffrey Parrella, Esq.** **14 Wall Street, 20th Floor** **New York, NY 10005** | Line **2.7** | |

| Fill in this information to identify the case: |
|---|

Debtor name      **Ideal Health and Fitness Corp.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                              12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:      List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:      List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

Amount of claim

| | | |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**ABC Fitness**<br>**2600 Dallas Parkway, Suite 590**<br>**Frisco, TX 75034**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **9217** | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Invoice**<br>Is the claim subject to offset? ■ No ☐ Yes | **$480.73** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Alameda Municipal Power**<br>**2000 Grand Street**<br>**Alameda, CA 94501**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **8303** | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Services**<br>Is the claim subject to offset? ■ No ☐ Yes | **$663.17** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**American Express**<br>**c/o Becket and Lee**<br>**PO Box 3001**<br>**Malvern, PA 19355**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Business Credit Card**<br>Is the claim subject to offset? ■ No ☐ Yes | **$15,095.02** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Bank of America**<br>**Attn: Bankruptcy NC4-10**<br>**POB 26012**<br>**Greensboro, NC 27410**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Business Credit Card**<br>Is the claim subject to offset? ■ No ☐ Yes | **$22,971.93** |

| Debtor | **Ideal Health and Fitness Corp.** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $15,972.70 |
|---|---|---|---|

**Bank of America**
**Attn: Bankruptcy NC4-10**
**POB 26012**
**Greensboro, NC 27410**

Date(s) debt was incurred _____

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $15,038.58 |
|---|---|---|---|

**Bank of America**
**Attn: Bankruptcy NC4-10**
**POB 26012**
**Greensboro, NC 27410**

Date(s) debt was incurred _____

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $2,004.72 |
|---|---|---|---|

**Bank of America**
**Attn: Bankruptcy NC4-10**
**POB 26012**
**Greensboro, NC 27410**

Date(s) debt was incurred _____

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $27,489.90 |
|---|---|---|---|

**Chase Bank**
**PO Box 6294**
**Carol Stream, IL 60197**

Date(s) debt was incurred _____

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $447.00 |
|---|---|---|---|

**Club Connect**
**PO Box 74007662**
**Chicago, IL 60674**

Date(s) debt was incurred **10/1/2024 - 12/30/2024**

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $625.15 |
|---|---|---|---|

**Comcast Business**
**9602 S. 300 W. Ste B**
**Sandy, UT 84070**

Date(s) debt was incurred **8/20/2024**

Last 4 digits of account number **9799**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $30,000.00 |
|---|---|---|---|

**David Flynn**
**3672 Forni Rd**
**Placerville, CA 95667**

Date(s) debt was incurred _____

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Ideal Health and Fitness Corp.** | Case number (if known) |
|---|---|---|
| | Name | |

**3.12** Nonpriority creditor's name and mailing address
**Executive Air**
PO Box 1362
Rocklin, CA 95677

Date(s) debt was incurred **8/20/2024**
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No  ☐ Yes

$698.00

**3.13** Nonpriority creditor's name and mailing address
**Ferrellgas AR Shared Services**
One Liberty Plaza
Liberty, MO 64068

Date(s) debt was incurred ___
Last 4 digits of account number **8015**

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No  ☐ Yes

$476.26

**3.14** Nonpriority creditor's name and mailing address
**First Insurance Funding**
PO Box 7000
Carol Stream, IL 60197-7000

Date(s) debt was incurred **6/15/2024**
Last 4 digits of account number **3195**

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Insurance premium funding**

Is the claim subject to offset? ■ No  ☐ Yes

$28,997.94

**3.15** Nonpriority creditor's name and mailing address
**John K. Meyer and Catherine Meyer**
5271 Davidson Road
Placerville, CA 95667

Date(s) debt was incurred **12/1/2024**
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **unpaid rent for December 2024 for Placerville lease**

Is the claim subject to offset? ■ No  ☐ Yes

$11,490.00

**3.16** Nonpriority creditor's name and mailing address
**Millbrae Square Company, LP**
101 Hickey Blvd., Ste A-403
South San Francisco, CA 94080

Date(s) debt was incurred **11/2024 and 12/2024**
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **unpaid rent for November and December 2024 for Alameda lease.**

Is the claim subject to offset? ■ No  ☐ Yes

$26,960.24

**3.17** Nonpriority creditor's name and mailing address
**PG & E**
P O Box 99730
Sacramento, CA 95899-7300

Date(s) debt was incurred ___
Last 4 digits of account number **6105**

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No  ☐ Yes

$4,139.00

**3.18** Nonpriority creditor's name and mailing address
**Pro-Tech Gym Services, Inc.**
PO Box 5194
Richmond, CA 94805

Date(s) debt was incurred **11/15/2024**
Last 4 digits of account number **4671**

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No  ☐ Yes

$473.05

Debtor   **Ideal Health and Fitness Corp.**                    Case number (if known) _____
                    Name

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply* | **$669.41** |
|---|---|---|---|

**SMUD**
**63015 Street**
**Sacramento, CA 95817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/10/2024**

**Basis for the claim: Utility**

Last 4 digits of account number  **2213**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply* | **$415.80** |
|---|---|---|---|

**Sonitrol**
**1334 Blue Oaks Blvd.**
**Roseville, CA 95678**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/1/24 - 12/1/2024**

**Basis for the claim: Open Invoices**

Last 4 digits of account number  **002T**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply* | **$12,000.00** |
|---|---|---|---|

**Webster Street Capital Partners LLC**
**c/o Marc D. Wolfe, Managing Partner**
**104 Tiburon Boulevard, Suite 100**
**Mill Valley, CA 94941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/1/2024**

**Basis for the claim: unpaid rent for December 2024 for Alameda lease**

Last 4 digits of account number  _____

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply* | **$2,960.00** |
|---|---|---|---|

**White Harbor Accounting Solutions**
**1052 Aenon Cir**
**Spring Hill, TN 37174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/1/2024 - 12/1/2024**

**Basis for the claim: Services**

Last 4 digits of account number  _____

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 220,068.60 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 220,068.60 |

| Fill in this information to identify the case: |
|---|

Debtor name　　**Ideal Health and Fitness Corp.**

United States Bankruptcy Court for the:　EASTERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases　　　　12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
　☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

　■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal　Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**　　　　**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Cleaming Service Agreement between Debtor and Coverall.** | |
|---|---|---|---|
| | State the term remaining | | **Coverall**<br>**2955 Momentum**<br>**Chicago, IL 60689** |
| | List the contract number of any government contract | | |

Official Form 206G　　　　　**Schedule G: Executory Contracts and Unexpired Leases**　　　　　Page 1 of 6

Debtor 1   **Ideal Health and Fitness Corp.**
                First Name        Middle Name        Last Name          Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

2. List all contracts and unexpired leases        State the name and mailing address for all other parties with
                                                   whom the debtor has an executory contract or unexpired
                                                   lease

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease Agreement for Property located at 4615 Missouri Flat Rd., #11, Placerville, CA. with approximately 10,800 sq. ft. The Property is used to operate UFC Gym Placerville. The lease commenced on July 1, 2021 and expire on October 31, with an option to extend to 10/31/2030. Initial rent payble in the base sum of $10,260 plus CAM charges. Security deposit paid is $5,000. The payments comment on July 1, 2021. Rent shall increase every three (3) years. Current base rent is $14,100. For year 2, the base rent will be $16,000; for years 3-6, the base rent will be $18,055; for years 7-11, the base rent will be $19,774; and for years 12-15, the base rent will be $21,862.** | |
| | State the term remaining | **June 30, 2034** | **John K. Meyer and Catherine Meyer** |
| | List the contract number of any government contract | | **5271 Davidson Road** **Placerville, CA 95667** |

Debtor 1   **Ideal Health and Fitness Corp.**
           First Name        Middle Name        Last Name                     Case number (if known)

  **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

2.3.   State what the contract or lease is for and the nature of the debtor's interest

**Asset Purchase and Sale Agreement between Mark Polli ("Seller") and Ideal Health and Fitness Corp ("Buyer") dated July 2, 2024 for 1010 East Bidwell, Ste 150, Folsom, CA. The purchase price was $100,000. Buyer paid $12,000 of the purchase price to landlord Milbrae Square Co. The remaining $88,000 balance to be paid to Seller over 24 months.**

State the term remaining

**Mark Polli
MPGP580 LLC
4595 Monte Sereno Drive
Loomis, CA 95650**

List the contract number of any government contract

Debtor 1  **Ideal Health and Fitness Corp.**                    Case number *(if known)*
_____
First Name      Middle Name       Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Standard Commercial Multi-Tenant Net Lease agreement between Millbrae Square Company, LP ("Landlord") and Ideal Health and Fitness Corp ("Tenant") for premises located at 1010 E. Bidwell Street, Suite 150, Folsom, California ("Premises") with an agreed upon floor area of 12,282 sq. ft. located in the multi-tenant bulding in a Shopping Center. Lease commenced on July 1, 2024 for 10 years.  Current base rent is $10.000 but is set to increase to $14,100 effective January 1, 2025. For year 2, base rent will be $16,000; $18,055 for years 3-6; $19,774 for years 7-11; $21,862 for years 12-15.** | |
| | State the term remaining | **June 30, 2034** | |
| | List the contract number of any government contract | | **Millbrae Square Company, LP 101 Hickey Blvd., Ste A-403 South San Francisco, CA 94080** |

| | | |
|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **UFC Gym Franchise Agreement between Ideal Health and Fitness Corp ("Franchisee") and UFC Gym ("Franchisor") for the Folsom location at 1010 E. Bidwell Street, Folsom, CA 95630. Franchisee is responsible for royalty fees to UFC Gym between 4-6% depending on the applicable franchise terms.** | |
| | State the term remaining | | **UFC Gym UG Franchise Operations, LLC 1501 Quail Street, Suite 100 Newport Beach, CA 92660** |
| | List the contract number of any government contract | | |

Debtor 1   **Ideal Health and Fitness Corp.**                    Case number (if known)
          First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**                    State the name and mailing address for all other parties with
                                                                  whom the debtor has an executory contract or unexpired
                                                                  lease

2.6.   State what the contract or         **UFC Gym Franchise**
       lease is for and the nature of     **Agreement between**
       the debtor's interest              **Ideal Health and**
                                          **Fitness Corp**
                                          **("Franchisee") and UFC**
                                          **Gym ("Franchisor") for**
                                          **the Alameda gym**
                                          **located at 1526**
                                          **Webster Street,**
                                          **Alameda, CA 94501.**
                                          **Franchisee is**
                                          **responsible for royalty**
                                          **fees to UFC Gym**
                                          **between 4-6%**
                                          **depending on the**
                                          **applicable franchise**
                                          **terms.**

       State the term remaining                                   **UFC Gym**
                                                                  **UG Franchise Operations, LLC**
       List the contract number of any                           **1501 Quail Street, Suite 100**
       government contract                                        **Newport Beach, CA 92660**

Debtor 1   **Ideal Health and Fitness Corp.**      Case number *(if known)* _____
     First Name    Middle Name    Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

2.7.   State what the contract or lease is for and the nature of the debtor's interest

**Commercial Single-Tenant Lease-Net Agreement between Webster Street Capital Partners, LLC ("Landlord") and Ideal Health & Fitness dba UFC Gym ("Tenant") for the premises located at 1526 Webster Street, Alameda, CA 94501 ("Property" aka "Premises"). The Premises is a single story commercial building measuring appx. 6,694 sq, ft. The term of the Lease is for 5 years and 4 months, commencing February 1, 2023 and ending on May 31, 2028. Base rent was $15,061 + NNN charges. Total due upon execution is $17,326.00. The Premises is to be used for fitness, gym, training, and martial arts classes.**

State the term remaining      **May 31, 2028**

List the contract number of any government contract

**Webster Street Capital Partners LLC c/o Marc D. Wolfe, Managing Partner 104 Tiburon Boulevard, Suite 100 Mill Valley, CA 94941**

| Fill in this information to identify the case: |
|---|
| Debtor name      **Ideal Health and Fitness Corp.** |
| United States Bankruptcy Court for the:  EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1: Codebtor*                                          *Column 2: Creditor*

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Ben Ragsac Jr. | 2468 Larkspur Ln #357 Sacramento, CA 95828 | **Ameris Bank** | ■ D  2.1<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | Ben Ragsac Jr. | 2468 Larkspur Ln #357 Sacramento, CA 95828 | **Navitas Credit Corp.** | ■ D  2.11<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | Ben Ragsac Jr. | 2468 Larkspur Ln #357 Sacramento, CA 95828 | **Millbrae Square Company, LP** | ☐ D ____<br>■ E/F  3.16<br>☐ G ____ |
| 2.4 | Ben Ragsac Jr. | 2468 Larkspur Ln #357 Sacramento, CA 95828 | **Webster Street Capital Partners LLC** | ☐ D ____<br>■ E/F  3.21<br>☐ G ____ |
| 2.5 | Ben Ragsac Jr. | 2468 Larkspur Ln #357 Sacramento, CA 95828 | **Funding Futures LLC** | ■ D  2.7<br>☐ E/F ____<br>☐ G ____ |

| Debtor | Ideal Health and Fitness Corp. | | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column 1: Codebtor                               Column 2: Creditor

| | Codebtor | Address | Creditor | Check all schedules that apply |
|---|---|---|---|---|
| 2.6 | Ben Ragsac Jr. | 2468 Larkspur Ln #357<br>Sacramento, CA 95828 | Mark Polli | ■ D   2.10<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | Michelle Flynn | 3672 Forni Rd.<br>Placerville, CA 95667 | Ameris Bank | ■ D   2.1<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Michelle Flynn | 3672 Forni Rd.<br>Placerville, CA 95667 | Navitas Credit Corp. | ■ D   2.11<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | Michelle Flynn | 3672 Forni Rd.<br>Placerville, CA 95667 | Millbrae Square Company, LP | ☐ D _____<br>■ E/F   3.16<br>☐ G _____ |
| 2.10 | Michelle Flynn | 3672 Forni Rd.<br>Placerville, CA 95667 | Webster Street Capital Partners LLC | ☐ D _____<br>■ E/F   3.21<br>☐ G _____ |
| 2.11 | Michelle Flynn | 3672 Forni Rd.<br>Placerville, CA 95667 | Black Olive Capital LLC | ■ D   2.3<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | Michelle Flynn | 3672 Forni Rd.<br>Placerville, CA 95667 | Funding Futures LLC | ■ D   2.7<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | Michelle Flynn | 3672 Forni Rd.<br>Placerville, CA 95667 | Mark Polli | ■ D   2.10<br>☐ E/F _____<br>☐ G _____ |

| Debtor | Ideal Health and Fitness Corp. | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.
　　*Column 1:* **Codebtor**　　　　　　　　　　　　　　*Column 2:* **Creditor**

2.14　**Ben Ragsac, Jr.**　　　　　　　　　　**Webster Street**　　　☐ D _____
　　　　　　　　　　　　　　　　　　　　　　**Capital Partners LLC**　☐ E/F _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　■ G　**2.7**

2.15　**Michelle Flynn**　　　　　　　　　　**Webster Street**　　　☐ D _____
　　　　　　　　　　　　　　　　　　　　　　**Capital Partners LLC**　☐ E/F _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　■ G　**2.7**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Ideal Health and Fitness Corp.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:     Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  1/01/2024 to **Filing Date** | ☐ Operating a business<br>■ Other   **Gross receipts** | **$1,003,065.00** |
| **For prior year:**<br>From  1/01/2023 to 12/31/2023 | ☐ Operating a business<br>■ Other   **Gross receipts** | **$1,097,285.00** |
| **For year before that:**<br>From  1/01/2022 to 12/31/2022 | ☐ Operating a business<br>■ Other   **Gross receipts** | **$691,153.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  1/01/2024 to **Filing Date** | Other | **$61.80** |
| **For prior year:**<br>From  1/01/2023 to 12/31/2023 | **Insurance Proceeds** | **$140,682.74** |
| **For year before that:**<br>From  1/01/2022 to 12/31/2022 | Other | **$1,124.01** |

**Part 2:     List Certain Transfers Made Before Filing for Bankruptcy**

Debtor  **Ideal Health and Fitness Corp.** _____        Case number *(if known)* _____

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Kapitus**<br>**2500 Wilshire Blvd., Ste 350**<br>**Arlington, VA 22201** | weekly<br>payments | $20,583.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Merchant cash advance** |
| 3.2. **Kalamata Capital Funding**<br>**7200 Wisconsin Avenue, #500**<br>**Bethesda, MD 20814** | weekly<br>payments | $18,693.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Merchant cash advance** |
| 3.3. **Everest**<br>**8200 NW 52nd Ter 2nd Floor**<br>**Miami, FL 33166** | weekly<br>payments | $19,949.85 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Merchant cash advance** |
| 3.4. **Funding Futures**<br>**100 Merrick Rd., Ste 419e**<br>**Rockville Centre, NY 11570** | 11/21/24<br>11/27/2024<br>12/4/2024 | $8,727.28 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Merchant cash advance** |
| 3.5. **OnDeck Capital**<br>**4700 W Daybreak Pkwy, #200**<br>**UT 84009** | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **First Insurance Funding**<br>**PO Box 7000**<br>**Carol Stream, IL 60197-7000** | 10/8/2024<br>12/16/2024 | $14,906.45 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Creditor for insurance** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership

Debtor   __Ideal Health and Fitness Corp.__     Case number *(if known)* _____

debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Ben Ragsac Jr.**<br>**2468 Larkspur Ln #357**<br>**Sacramento, CA 95828**<br>**CEO/President** | **1/1/24 -**<br>**12/5/2024** | **$12,050.00** | compensation |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **#2024020020** | | **Supreme Court of the State of New York Monroe County 99 Exchange Blvd.., #545 Rochester, NY 14614** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Debtor    **Ideal Health and Fitness Corp.**         Case number *(if known)* _____

---

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Law Offices of Michael Jay Berger**<br>**9454 Wilshire Blvd, 6th Floor**<br>**Beverly Hills, CA 90212** | | **12/9/2024** | **$26,738.00** |
| Email or website address<br>**Michael.Berger@bankruptcypower.c**<br>**om** | | | |
| Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    **Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor    **Ideal Health and Fitness Corp.**       Case number *(if known)*

■ Does not apply

     **Address**                                            **Dates of occupancy
                                                              From-To**

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■   No. Go to Part 9.
   ☐   Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

   ■   No.
   ☐   Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■   No. Go to Part 10.
   ☐   Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor   **Ideal Health and Fitness Corp.**                               Case number *(if known)* _____

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list any leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Webster Street Capital Partners LLC**<br>**c/o Marc D. Wolfe, Managing Partner**<br>**104 Tiburon Boulevard, Suite 100**<br>**Mill Valley, CA 94941** | **1526 Webster Street**<br>**Alameda, CA 94501** | **Gym equipment** | **$20,000.00** |

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

22   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

Debtor   **Ideal Health and Fitness Corp.**                          Case number *(if known)*

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **White Harbor Accounting Solutions**<br>**1052 Aenon Cir**<br>**Spring Hill, TN 37174** | **June 2021 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.   **White Harbor Accounting Solutions**<br>**1052 Aenon Cir**<br>**Spring Hill, TN 37174** | |
| 26c.2.   **Ben Ragsac Jr.**<br>**2468 Larkspur Ln #357**<br>**Sacramento, CA 95828** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■  No
☐  Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Ben Ragsac Jr.** | **2468 Larkspur Ln #357**<br>**Sacramento, CA 95828** | **President/CEO** | **50%** |

Debtor    Ideal Health and Fitness Corp.                            Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michelle Flynn | 3672 Forni Rd. Placerville, CA 95667 | CFO | 50% |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 Ben Ragsac Jr. 2468 Larkspur Ln #357 Sacramento, CA 95828 | $12,050 | 1/1/24 - 12/5/24 | compensation |
| Relationship to debtor CEO/President | | | |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

Name of the parent corporation                            Employer Identification number of the parent corporation

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☐ No
■ Yes. Identify below.

Name of the pension fund                            Employer Identification number of the pension fund

Ideal Health and Fitness 401(k) Plan                    EIN:    015591

Debtor    **Ideal Health and Fitness Corp.**                    Case number *(if known)*

---

**Part 14:**    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    12/18/24

**Ben Ragsac Jr.**
Signature of individual signing on behalf of the debtor           Printed name

Position or relationship to debtor    **President/CEO**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of California

In re  **IDeal Health and Fitness Corp.**

Debtor(s)

Case No. _____

Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept A RETAINER OF | $ | 25,000.00 |
| Prior to the filing of this statement I have received A RETAINER OF | $ | 25,000.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

   ☑ Debtor     ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ☑ Debtor     ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Date  _12/18/2024_

_Michael Jay Berger_
*Signature of Attorney*
**Law Offices of Michael Jay Berger**
**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
**(310) 271-6223   Fax: (310) 271-9805**
**michael.berger@bankruptcypower.com**
*Name of law firm*

## United States Bankruptcy Court
### Eastern District of California

In re   **IDeal Health and Fitness Corp.**

Case No.

Chapter   **11**

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Ben Ragsac Jr.** 2468 Larkspur Ln #357 Sacramento, CA 95828 | | **50%** | |
| **Michelle Flynn** 3672 Forni Rd. Placerville, CA 95667 | | **50%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Ben Ragsac Jr, the **President/CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date      12/18/24                          Signature

Ben Ragsac Jr.

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both
18 U S C §§ 152 and 3571

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re

Ideal Health and Fitness Corp.

)
)
)
)
)
)
)

Case No.

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the attached Master Address List is a true, correct and complete list of creditors and their addresses in this case.

I (we) acknowledge the following.

• Filing a Master Address List with incomplete or incorrect addresses may mean that creditor(s) with incomplete or incorrect address(es) may not receive notification of this Bankruptcy case.

• The debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any, share responsibility for the accuracy and completeness of the attached Master Address.

• The Court will use the addresses on the attached Master Address List for all items that the Court mails, and will not rely on other documents filed in this case (such as schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure) to obtain or verify the addresses of creditors.

DATED:      12/18/24

_____
Debtor's Signature

**Submit this form and your Master Address List to one of the following addresses**

Sacramento Division
501 I Street, Suite 3-200
Sacramento, CA 95814

Modesto Division
Mailing Address:
501 I Street, Suite 3-200
Sacramento, CA 95814

Physical Address:
1200 I Street, Suite 4
Modesto, CA 95354

Fresno Division
2500 Tulare Street, Suite 2501
Fresno, CA 93721

EDC 2-100  (Rev. 6/20/17)

ABC Fitness
2600 Dallas Parkway, Suite 590
Frisco, TX 75034


Advanced Recovery Group
Collection Agency for Future Fundings LL
30 Two Bridges Rd Suite 100
Fairfield, NJ 07004


Alameda Municipal Power
2000 Grand Street
Alameda, CA 94501


American Express
c/o Becket and Lee
PO Box 3001
Malvern, PA 19355


Ameris Bank
575 Anton Blvd., Suite 1080
Costa Mesa, CA 92626


Balboa Capital
575 Anton Blvd., Fl 12
Costa Mesa, CA 92626


Bank of America
Attn: Bankruptcy NC4-10
POB 26012
Greensboro, NC 27410


Ben Ragsac Jr.
2468 Larkspur Ln #357
Sacramento, CA 95828


Ben Ragsac, Jr.


Black Olive Capital LLC
7200 Wisconsin Avenue, #500
Bethesda, MD 20814

Black Olive Capital LLC
c/o Berkovitch & Bouskila, PLLC
1545 U.S. 202, Suite 101
Pomona, NY 10970


Chase Bank
PO Box 6294
Carol Stream, IL 60197


Club Connect
PO Box 74007662
Chicago, IL 60674


Comcast Business
9602 S. 300 W. Ste B
Sandy, UT 84070


Corporation Service Company
PO Box 2576
Springfield, IL 62708


Coverall
2955 Momentum
Chicago, IL 60689


CT Corporation System
330 N. Brand Blvd., Suite 700
Glendale, CA 91203


David Flynn
3672 Forni Rd
Placerville, CA 95667


Everest Business Funding
5 West 37th Street, Ste 1100
New York, NY 10018


Executive Air
PO Box 1362
Rocklin, CA 95677


Ferrellgas AR Shared Services
One Liberty Plaza
Liberty, MO 64068

First Insurance Funding
PO Box 7000
Carol Stream, IL 60197-7000


Funding Futures LLC
3100 Stirling Road, Suite 120
Hollywood, FL 33021


Funding Futures LLC
c/o AWN&R Commercial Law Group, PLLC
Attn: Jeffrey Parrella, Esq.
14 Wall Street, 20th Floor
New York, NY 10005


John K. Meyer and Catherine Meyer
5271 Davidson Road
Placerville, CA 95667


Kalamata Capital Group
7315 Wisconsin Ave., #950
Bethesda, MD 20814


Kapitus LLC
2500 Wilson Blvd., STe. 350
Arlington, VA 22201


Mark Polli
MPGP580 LLC
4595 Monte Sereno Drive
Loomis, CA 95650


Michelle Flynn
3672 Forni Rd.
Placerville, CA 95667


Michelle Flynn


Millbrae Square Company, LP
101 Hickey Blvd., Ste A-403
South San Francisco, CA 94080


Navitas Credit Corp.
201 Executive Center Drive. Ste 100
Columbia, SC 29210

Ondeck/Celtic Bank
1400 Broadway
New York, NY 10018


PG & E
P O Box 99730
Sacramento, CA 95899-7300


Pro-Tech Gym Services, Inc.
PO Box 5194
Richmond, CA 94805


Ready Capital
200 Connel Drive Suite 4000
Berkeley Heights, NJ 07922


SMUD
63015 Street
Sacramento, CA 95817


Sonitrol
1334 Blue Oaks Blvd.
Roseville, CA 95678


UFC Gym
UG Franchise Operations, LLC
1501 Quail Street, Suite 100
Newport Beach, CA 92660


Webster Street Capital Partners LLC
c/o Marc D. Wolfe, Managing Partner
104 Tiburon Boulevard, Suite 100
Mill Valley, CA 94941


White Harbor Accounting Solutions
1052 Aenon Cir
Spring Hill, TN 37174

# United States Bankruptcy Court
## Eastern District of California

In re    **Ideal Health and Fitness Corp.**

Debtor(s)

Case No.
Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Ideal Health and Fitness Corp.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Ben Ragsac Jr.**
2468 Larkspur Ln #357
Sacramento, CA 95828

**Michelle Flynn**
3672 Forni Rd.
Placerville, CA 95667

☐ None [*Check if applicable*]

12/18/2024

Date

**Michael Jay Berger**
Signature of Attorney or Litigant
Counsel for    **Ideal Health and Fitness Corp.**
**Law Offices of Michael Jay Berger**
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212
(310) 271-6223 Fax:(310) 271-9805
michael.berger@bankruptcypower.com