MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212-2929
Telephone:　(310) 271-6223
Facsimile:　(310) 271-9805
E-mail:　　Michael.Berger@bankruptcypower.com

Proposed Counsel for Debtor and Debtor-in-Possession,
Ideal Health and Fitness Corp.,
dba UFC Gym Folsom, Alameda, & Placerville,
aka iDeal Health & Fitness

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>Ideal Health and Fitness Corp., dba UFC Gym Folsom, Alameda, & Placerville, aka iDeal Health & Fitness<br><br>　　Debtor and Debtor-in-Possession. | CASE NO.: 2024-25682<br><br>Chapter 11<br><br>DNC: MJB-1<br><br>**DECLARATION OF BEN RAGSAC JR. IN SUPPORT OF DEBTOR IN POSSESSION'S EX PARTE APPLICATION FOR ORDER DESIGNATING RESPONSIBLE INDIVIDUAL**<br><br>*[No Hearing Required]*<br><br>Judge: Honorable Fredrick E. Clement |

1
DECLARATION OF BEN RAGSAC IN SUPPORT OF DEBTOR IN POSSESSION'S EX PARTE
APPLICATION FOR ORDER DESIGNATING RESPONSIBLE INDIVIDUAL

# DECLARATION OF BEN RAGSAC JR.

I, Ben Ragsac Jr. declare and state as follows:

1. I am the President and CEO of Ideal Health and Fitness Corp., dba UFC Gym Folsom, Alameda, & Placerville, aka iDeal Health & Fitness the Debtor and Debtor-in-Possession (the "Debtor"). I am over the age of 18. I have personal knowledge of the facts stated below, and if called as a witness, I could and would competently testify about what I have written in this declaration.

2. I submit this declaration in support of the *Debtor in Possession's Ex Parte Application for Order Designating Responsible Individual* (the "Application"). I give capitalized terms not otherwise defined in this declaration the same meanings ascribed to them in the Application.

3. Ideal Health and Fitness Corp ("Debtor") is organized under the laws of the State of California as a Corporation.

4. The Debtor filed its voluntary petition under Chapter 11 on December 18, 2024.

5. Pursuant to the *Statement Regarding Authority to Sign and File Petition attached to the Voluntary Petition* filed in this Bankruptcy Case. I have been authorized by the Debtor to appear in the Chapter 11 proceedings on behalf of the Debtor and otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Debtor in connection with such reorganization case.

6. Based on the following, I am the appropriate natural person who should be designated as the responsible individual for the duties and obligations of the Debtor. My address and phone number are as follows:

///

///

///

///

///

Ben Ragsac Jr.
2468 Larkspur Lane #357
Sacramento, CA 95828
Tel.: (530) 391-3395

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 18, 2024 at __Placerville__, California.

_____
Ben Ragsac Jr.

DECLARATION OF BEN RAGSAC IN SUPPORT OF DEBTOR IN POSSESSION'S EX PARTE APPLICATION FOR ORDER DESIGNATING RESPONSIBLE INDIVIDUAL